UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASEMENT BOYS MUSIC, INC.; PRESCRIPTION SONGS; BEST COFFEE IN TOWN; and J&N PUBLISHING, doing business as JUAN & NELSON PUBLISHING,<br><br>Plaintiffs,<br><br>v.<br><br>SAVOIE LLC and ARNULFO CONTRERAS, JR.,<br><br>Defendant. | Case No. 23-CV-296 TWR (AHG)<br><br>**ORDER GRANTING NUNC PRO TUNC JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>(ECF No. 6) |

Presently before the Court is the Parties' Joint Motion to Extend Time to Respond to Complaint (the "Joint Motion"). (ECF No. 6, "Mot.") Plaintiffs filed their Complaint on February 15, 2023, (ECF No. 1), and served Defendant Arnulfo Contreras, Jr. on February 23, 2023, (ECF No. 4), and Defendant Savoie LLC on February 24, 2023, (ECF No. 5). Pursuant to Federal Rule of Civil Procedure 12, Defendants' responsive pleadings were due on or before March 17, 2023, and March 20, 2023, respectively. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) (requiring a responsive pleading "within 21 days after being served with the summons and complaint"); Fed. R. Civ. P. 6(a)(1)(A)–(B) ("exclud[ing] the day of the event that triggers the [response] period" and extending any deadline falling on a weekend).

Defendants did not respond within the time provided. (*See generally* Docket.) Instead, the Parties filed this Joint Motion on April 11, 2023. (*See* Mot.)

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the Court may grant a "motion [for an extension] made after the time has expired if [a] party failed to act because of excusable neglect" and the Court finds "good cause" for an extension. *See* Fed. R. Civ. P. 6(b)(1); *see also* S.D. Cal. Civ. L.R. 12.1. Here, the Parties seek an extension of Defendants' responsive pleading deadline to May 8, 2023 "so as to allow the Parties additional time to discuss and engage in the potential resolution of this action without concurrently increasing the costs of litigation." (Mot. at 1.) Good cause and excusable neglect appearing, the Court **GRANTS** the Joint Motion. Defendants **SHALL RESPOND** to Plaintiffs' Complaint on or before May 8, 2023.

**IT IS SO ORDERED.**

Dated: April 17, 2023

_____
Honorable Todd W. Robinson
United States District Judge